United States District Court
Southern District of Texas
**ENTERED**
June 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES B. GOODMAN, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3232 |
| ASUS COMPUTER INTERNATIONAL, | § § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court are Defendant's Motion to Dismiss (Doc. No. 10) and Motion for Sanctions (Doc. No. 11), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On May 31, 2017, Judge Palermo issued the Report and Recommendation (Doc. No. 27), recommending that both Motions be denied. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion to Dismiss (Doc. No. 10) and Motion for Sanctions (Doc. No. 11) are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 19th day of June, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE